KENNEDY BERKLEY
119 W. Iron Ave. – 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T: (785) 825-4674
F: (785) 825-5936

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT WICHITA

| | |
|---|---|
| **TERRY L. ANDERSON** )<br>       **Plaintiff** )<br>)<br>vs. )<br>)<br>**TEXTRON AVIATION, INC.,** )<br>d/b/a Cessna )<br>       **Defendant** )<br>_____ ) | Case No. 22-cv-01145 |

### COMPLAINT

Plaintiff Terry L. Anderson ("Terry"), for his cause of action against Defendant, Textron Aviation, Inc., d/b/a Cessna ("Textron"), states and alleges as follows:

**Parties**

1. Terry is a resident of the State of Kansas and resides in Wichita, Kansas.

2. Textron is a Kansas corporation with its principal place of business at 40 Westminster Street, Providence, Rhode Island 02903. The resident agent for service of process is The Corporation Company, Inc., 112 SW 7th Street, Suite 3C, Topeka, KS 66603.

**Jurisdiction**

3. The Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1343 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

*Terry L. Anderson vs. Textron Aviation , Inc. d/b/a Cessna*
*Complaint*
*Case No.  22-cv-00*
*Page 2*

**Venue**

4.  Venue is proper in the District Court for the District of Kansas pursuant to 28 U.S.C. § 1391.

**Allegations of Fact**

5.  Terry is a 55-year-old man who lives with his wife, Twyla, in Wichita, Kansas.

6.  Terry started working for Textron/Cessna in August of 1995 and most recently held a position in the paint department and was also a safety advocate.  Terry was considered a good employee and received no meaningful disciplinary warnings prior to his termination.

7.  Terry is a diabetic and also missed work due to cellulitis in his legs.  His health issues were known by his supervisors at Textron.

8.  On or about March 3, 2021, Terry met with Human Resources to express concerns that Textron had not complied with COVID protocols in connection with a co-worker who had been exposed to the virus.  Specifically, Terry was concerned that he had not been promptly notified of the possible exposure.

9.  Terry's wife, Twyla, joined the meeting via phone and also expressed concerns because of their underlying health conditions, including Terry's diabetes, and their risks from exposure.

10.  During this conversation, Twyla, who has worked in Human Resources at another company expressed the opinion that Textron was not complying with the law and perhaps they needed to retain legal counsel

11.  On April 9, 2021, shortly after this meeting, Textron terminated Terry in connection with a non-injury fall on March 17, 2021.  Nothing connected to the fall constituted a legitimate reason to terminate Terry's employment.

12.  As a result of his termination, Terry has suffered lost wages and benefits as well as other damages.

13. Terry has exhausted any and all administrative remedies prior to bringing this action.

**Theories of Recovery**

### COUNT I
### AMERICANS WITH DISABILITIES ACT

14. The foregoing statements and allegations are incorporated as though fully set out herein.

15. Terry is entitled to lost wages, benefits and other damages due to Textron's violations of the Americans With Disabilities Act.

### COUNT II
### ADA RETALIATION

16. The foregoing statements and allegations are incorporated as though fully set out herein.

17. The actions of Textron constitute retaliation and entitle Terry to damages for his lost wages, humiliation, embarrassment, emotional distress and other damages.

WHEREFORE, Terry respectfully requests that the Court enter judgment in his favor and against Defendant in an amount in excess of $75,000.00 for actual and punitive damages; that the costs of this action, including reasonable attorney's fees, be assessed against Defendant; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

/s/ Larry G. Michel     #14067
KENNEDY BERKLEY
119 W. Iron Ave. - 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:   (785) 825-4674
F:   (785) 825-5936
E:   lmichel@kenberk.com
*Attorneys for Plaintiff*

Case 6:22-cv-01145-KHV-KGG   Document 1   Filed 06/30/22   Page 4 of 4

*Terry L. Anderson vs. Textron Aviation , Inc. d/b/a Cessna*
*Complaint*
*Case No. 22-cv-00*
*Page 4*

## DEMAND FOR JURY TRIAL

Plaintiff requests a trial by jury of all issues of fact that are triable pursuant to Fed.R.Civ.P. 38(b).

/s/ Larry G. Michel

## DESIGNATION OF PLACE OF TRIAL

Pursuant to D. Kan. Rule 40.2, Plaintiff designates Wichita, Kansas as the place of trial.

/s/ Larry G. Michel