**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| TERRY L. ANDERSON, )<br>)<br>Plaintiff, )<br>v. )   Case No. 22-cv-01145<br>)<br>TEXTRON AVIATION, INC., )<br>d/b/a Cessna )<br>Defendant. )<br>_____ ) | |

**TEXTRON AVIATION INC.'S MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Textron Aviation Inc. ("Textron Aviation") submits this Motion to Dismiss Count II of Plaintiff Terry Anderson's ("Plaintiff") First Amended Complaint for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff's First Amended Complaint fails to correct the pleading deficiencies in his original Complaint. Plaintiff's ADA retaliation claim fails because he has not alleged that he engaged in protected employee action. For these reasons and those set forth in the corresponding Memorandum in Support that is filed herewith, Textron Aviation respectfully requests that its Motion to Dismiss be granted and that Count II of Plaintiff's First Amended Complaint be dismissed with prejudice.

    Respectfully Submitted,

    /s/ Stephanie N. Scheck
    Stephanie N. Scheck   (KS #17641)
    Christina J. Hansen    (KS #26008)
    STINSON LLP
    1625 N. Waterfront Pkwy, Suite 300
    Wichita, Kansas 67206-6620
    Telephone: (316) 265-8800    Fax: (316) 265-1349
    stephanie.scheck@stinson.com
    christina.hansen@stinson.com

    Attorneys for Defendant Textron Aviation Inc.

2

## **CERTIFICATE OF SERVICE**

   The undersigned certifies that on the 29th day of November, 2022, the above and foregoing was filed with the Court via the CM/ECF system, which will send electronic notice to attorney for plaintiff:

Larry G. Michel
Kennedy Berkley
P.O. Box 2567
Salina, KS  67402-2567
lmichel@kenberk.com


                 /s/ Stephanie N. Scheck