# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**TERRY L. ANDERSON,**

       **Plaintiff,**

**v.**                                       Case No: 22-1145-JAR

**TEXTRON AVIATION, INC.**
**d/b/a CESSNA,**

       **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS THEREFORE ORDERED BY THE COURT** that Defendant's Motion for Summary Judgment (Doc. 41) is **granted**.

**IT IS SO ORDERED.**

Dated:   January 4, 2024

                                                               SKYLER B. O'HARA
                                                               CLERK OF THE DISTRICT COURT

                                                               by:  *s/ Sarah Spegal*
                                                                        Deputy Clerk